# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

COLON H. RUSSELL,

    Petitioner,

v.                               Case No. 1:17cv233-MW/EMT

JULIE JONES,

    Respondent.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 24, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 25. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The Respondent's motion to dismiss, ECF No. 20, is **GRANTED**. The habeas petition, ECF No. 1, is **DISMISSED as untimely**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED** on March 14, 2019.

                                              s/Mark E. Walker          
                                              **Chief United States District Judge**